# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES JACKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-24-00635-JD |
| | ) |
| DAVID COLE, et al., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On August 12, 2024, Petitioner James Jackson paid the $5.00 filing fee for his habeas action. [Doc. No. 18]. Accordingly, upon its review of the record in this action, the Court accepts the Report and Recommendation's finding and recommendation that Petitioner's application for leave to proceed in forma pauperis be denied [Doc. No. 9] and denies the Petitioner's applications for leave to proceed in forma pauperis. *See* [Doc. Nos. 2, 8]; *see also* [Doc. Txt. Re: 6/24/2024 Re: Motion for Leave to Proceed in Forma Pauperis in 24-CV-00647].

The action is re-referred to United States Magistrate Judge Suzanne Mitchell. *See* [Doc. No. 4]. This referral includes all pending motions.

IT IS SO ORDERED this 13th day of August 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE